# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

SUNLIFE FUNDING, LLC and MICHAEL AVERBUCH,

Appellants,

v.

ARCPE 1, LLC; MARIO S. BARIBISH; CONCORDIA VENTURES, LLC; RIVER CLUB OWNERS' ASSOCIATION; ASYA AVERBUCH; BV REALTY TRUST; ELGAN ENGINEERING; CR SWFL INVESTORS; MIRIAM AVERBUCH; ALEXEY GANISHEV; AVERBACH REALTY, INC.; YOUR HOME CENTER, LLC; HAVA SLEMOVICI; CERTMAX CAPITAL, LLC; UNKNOWN TENANT #1; UNKNOWN TENANT #2; DIANE BARBISH; THE UNKNOWN SETTLERS/BENEFICIARIES; REALTY TRUST UAD JUNE 14, 2022; and THE UNKNOWN SETTLER/BENEFICIARIES OF CR SWFL,

Appellees.

No. 2D2025-0109

———————————————

October 1, 2025

Appeal from the Circuit Court for Manatee County; Edward Nicholas, Judge.

Steele T. Williams of Steele T. Williams, P.A., Sarasota, for Appellants.

Damian Waldman and Bryce M. Williams of Law Offices of Damian G. Waldman, P.A., Largo, for Appellee ARCPE 1, LLC.

Damian Ozark of Ozark Law Firm, P.A., Bradenton, for Appellee Mario S. Baribish.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.